UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Paul Smith, derivatively on behalf of Neogen Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> James C. Borel, John Adent, Thierry Bernard, William T. Boehm, Jeffrey Capello, Ronald D. Green Aashima Gupta, Raphael A. Rodriguez, James P. Tobin, Darci L. Vetter, Andrea Wainer, Catherine Woteki, and David Naemura, <br><br> Defendants, <br><br> -and- <br><br> Neogen Corporation, a Michigan Corporation, <br><br> Nominal Defendant. | Case No. 1:25-cv-00906 |

NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Paul Smith, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby files this Notice of Voluntary Dismissal of the above-captioned action.

1. Plaintiff filed the Complaint in this action on August 8, 2025.

2. The Defendant has not yet been served with the Summons and Complaint in this action.

3. No answer or motion for summary judgment has been served by the Defendant.

4. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

5. This dismissal is without prejudice.

WHEREFORE, Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully Submitted,

Dated: August 15, 2025        S/Lane Zabawa

Ventures Law Firm, PLLC
Lane Zabawa (P79774)
Attorney for Plaintiff/ Local Counsel
2991 Riverwoods Dr NE
Rockford, MI 49341
(734)790-3801
LZabawa@VenturesLawFirm.com

**ROWLEY LAW PLLC**
Shane T. Rowley, Esq.
Danielle Rowland Lindahl, Esq.
50 Main Street, Suite 1000
White Plains, New York 10606
Phone: (914) 400-1920
Fax: (914) 301-3514
Email: srowley@rowleylawpllc.com
         drl@rowleylawpllc.com